678

No. 163. BRADY v. TERMINAL RAILROAD ASSN. November 8, 1937. It appearing that the judgment of the Supreme Court of Missouri is a final judgment under the decisions of that Court cited by petitioner in his petition for rehearing, the petition is granted, the order denying a writ of certiorari [*post*, p. 688] is vacated and the writ of certiorari is granted. *Messrs. Mark D. Eagleton* and *Merritt U. Hayden* for petitioner. *Messrs. Thomas M. Pierce* and *J. L. Howell* for respondent.

No. 499. UNITED STATES v. WURTS. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for the United States. *Mr. Russell Duane* for respondent.

No. 256. INDIANA EX REL. ANDERSON v. BRAND, TRUSTEE. November 15, 1937. Petition for writ of certiorari to the Supreme Court of Indiana granted. *Mr. Thomas F. O'Mara* for petitioner. *Mr. George C. Gertman* for respondent.

No. 469. FOSTER, EXECUTRIX, v. COMMISSIONER OF INTERNAL REVENUE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the question whether the total value of the property held by the decedent and petitioner as joint tenants, as decided by the Circuit Court of Appeals, or only one half thereof, should be included in the gross estate of the decedent for the purpose of the federal estate tax. *Mr. Philip G. Sheehy* for petitioner. *Solicitor General Reed, Assistant Attor-*